IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>XIE JI PING, et al.,<br><br>    Defendants. | Case No. 18-cv-07675<br><br>**Judge Edmond E. Chang**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Deckers Outdoor Corporation ("Deckers") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| TIMETANG Footwear Store | 681 |
| Old friend Store | 683 |
| AIWEISHI Store | 687 |
| aygxyyouth0104 | 692 |
| aygxyyouth0106 | 693 |
| BABY E-commerce | 694 |
| baobeijihua123 | 696 |
| beyoucat1 | 698 |
| Bigger Fun Box | 699 |
| BSDGDFSGVCG | 701 |
| calasaiyo | 702 |
| carryleen | 704 |
| castle E-commerce | 705 |
| Casual shop 2 | 706 |
| Changshan Xin Xing Technology Co., Ltd. | 710 |
| chenbinstore | 712 |
| chunhongstore | 714 |
| czyouth0213 | 719 |
| czyouth0221 | 720 |
| czyouth0234 | 721 |
| Darling E-commerce | 723 |
| DDan | 724 |
| dhyyouth0125 | 725 |

| | |
|---|---|
| didocobao | 726 |
| ehappy company | 731 |
| Fastest service shop | 737 |
| Fastest Service shops | 738 |
| feihuhehuoren | 740 |
| Finenglilys | 742 |
| Fouruncles trade | 746 |
| funnycushion | 748 |
| gangshangkaihua | 750 |
| gooshelly | 754 |
| Greatest E-business | 755 |
| GSLS | 756 |
| heniuniuliuyuxin | 766 |
| international trade 66 | 771 |
| JakWang | 772 |
| jiwenling2351 | 779 |
| juahuangyiuduon | 780 |
| just liger | 781 |
| kim wood | 782 |
| Lancy cui | 787 |
| Lenny Ecommerce Ltd | 791 |
| leopard 666 | 792 |
| LiangCCCCCCChaoooOOooWei | 794 |
| liangdongshoe | 795 |
| linhanhan | 798 |
| Little money | 799 |
| Love life 520 | 806 |
| LT E-Commerce Co., Ltd | 807 |
| luoluokaisenmei | 808 |
| mayhappy | 812 |
| Maysun company | 813 |
| OhmyGod 1 | 821 |
| One thousand years later | 823 |
| panmeifeng | 826 |
| Plus Size Girl | 829 |
| Pretty company | 830 |
| Purple Tree | 832 |
| qintiansedgf3 | 835 |
| sdhudhd | 842 |
| shaoyong | 843 |
| SIDONGLOGISTIC | 849 |
| SSSIMON | 855 |
| treasure657 | 870 |
| trend online | 871 |
| USA3DaysArrival | 874 |
| wangxibl | 878 |
| weiqianqian123 | 881 |
| Wudishiwo | 883 |
| WULIAFSD | 884 |

| | |
|---:|---:|
| xiaoehuanxi | 886 |
| xiaoxiaoaixiao | 888 |
| xzx4947 | 896 |
| ycl0228 | 898 |
| yes222 | 899 |
| yibaiyi | 900 |
| Yifengyiren | 901 |
| yiqianyi | 903 |
| yiqingad | 905 |
| YJL | 906 |
| YOHO_E-commerce | 908 |
| zfyyouth0104 | 915 |
| zww_2526 | 923 |
| zwyouth41 | 924 |

With this dismissal, the above-captioned case can be terminated.

Dated this 20th day of March 2019.          Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Attorneys for Deckers Outdoor Corporation*