IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>XIE JI PING, et al.,<br><br>　　　　　　　　Defendants. | Case No. 18-cv-07675<br><br>**Judge Edmond E. Chang**<br><br>**Magistrate Judge Young B. Kim** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 8, 2019 [54], in favor of Plaintiff Deckers Outdoor Corporation ("Deckers" or "Plaintiff") against the Defendants Identified in Schedule A in the amount of seventy five thousand dollars ($75,000) per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| like666 | 797 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 3rd day of May 2019.

Respectfully submitted,

*/s/ Amy C. Ziegler*
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Deckers Outdoor Corporation*

Subscribed and sworn to me by RiKaleigh C. Johnson, on this 3rd day of May 2019.

Given under by hand and notarial seal.

Notary Public

CAITLIN SCHLIE
Official Seal
Notary Public – State of Illinois
My Commission Expires Nov 20, 2021

State of Illinois
County of Cook

2